UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br>    Plaintiff, <br><br> v. <br><br> **Di Leo Family Partnership, LP**, a California Limited Partnership; **Ninette V Cunnings**, in her individual and representative capacity as Trustee--Ninette V. Cunnings 2012 Irrevocable Trust; **Catherine Holmes**; and Does 1-10, <br><br>    Defendants | Case No. 2:14-cv-02427-MCE-DAD <br><br><br> **ORDER** |

### ORDER

Having read the Notice for Settlement and finding good cause, the Court hereby vacates all currently set dates, with the expectation the parties will file a Stipulation for Dismissal within 45 days.

**IT IS SO ORDERED.**

Dated: February 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT