# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>DI LEO FAMILY PARTNERSHIP, LP, a California Limited Partnership; NINETTE V CUNNINGS, in her individual and representative capacity as Trustee--Ninette V. Cunnings 2012 Irrevocable Trust; CATHERINE HOLMES; and Does 1-10,<br><br>          Defendants. | Case: 2:14-cv-02427-MCE-DAD<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' stipulation, and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

   IT IS SO ORDERED.

Dated:  May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT